# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Edward W. Nottingham

Nel Steffens, Deputy Clerk                              Date: November 6, 2006
Therese Lindblom, Court Reporter

Civil Action No.        06-cv-02132-EWN-PAC

*Parties:*                                              *Counsel:*

BORGWARNER TURBO SYSTEMS INC.,                          Jonathan S. Bender
a Delaware corporation,                                 Wiley E. Mayne

    Plaintiff,

v.

PCC-ADVANCED FORMING                                    Kenzo S. Kawanabe
TECHNOLOGY, INC.,
aka ADVANCED FORMING
TECHNOLOGY, INC.,
a Colorado corporation,

    Defendant.

## COURTROOM MINUTES

**Preliminary Injunction Hearing**

**9:07 a.m.**      Court in session.

Discussion regarding remedy sought by Plaintiff and time required for this hearing.

9:11 a.m.      Plaintiff's witness John Roden sworn.

Direct examination of Mr. Roden by Mr. Mayne.

**Plaintiff's Exhibits received: 1, 2, 3**

Court questions Mr. Roden.

Continued direct examination by Mr. Mayne.

9:52 a.m.       Cross examination of Mr. Roden by Mr. Kawanabe.

10:23 a.m.      Plaintiff's witness Pete Kohler sworn.

Direct examination of Mr. Kohler by Mr. Mayne.

**Plaintiff's Exhibits rejected: 10, 11**

10:39 a.m.      Cross examination of Mr. Kohler by Mr. Kawanabe.

**11:06 a.m.     Court in recess.**
**11:18 a.m.     Court in session.**

Plaintiff's witness Michael L. Dougherty, Jr. sworn.

Direct examination of Mr. Dougherty by Mr. Bender.

**Plaintiff's Exhibit rejected: 12**
**Plaintiff's Exhibit received: 13**

11:38 a.m.      Cross examination of Mr. Dougherty by Mr. Kawanabe.

11:48 a.m.      Re-direct examination of Mr. Dougherty by Mr. Bender.

11:50 a.m.      Plaintiff's witness Dr. Helmut Foerster sworn.

Direct examination of Dr. Foerster by Mr. Mayne.

**Plaintiff's Exhibit rejected: 31**
**Plaintiff's Exhibits received: 17, 18, 19, 20, 21**

12:00 p.m.      Cross examination of Dr. Foerster by Mr. Kawanabe.

**Defendant's Exhibit received: A-29**

Plaintiff rests.

Argument by Mr. Kanawabe and Mr. Mayne.

Court's findings and conclusions.

**ORDERED:   1.      Plaintiff Borgwarner Turbo Systems Inc.'s Motion for Preliminary Injunction (#3, filed October 25, 2006) is DENIED.**

**ORDERED: 2.** **The temporary restraining order is dissolved.**

**12:37 p.m.** **Court in recess.**

Hearing concluded.

Total time: 03:18