IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE EDWARD W. NOTTINGHAM**

Civil Case No. 06-cv-02132

BORGWARNER TURBO SYSTEMS, INC.,
    a Delaware corporation

    Plaintiff,

v.

ADVANCED FORMING TECHNOLOGY, INC.,
    aka Advanced Forming Technology, Inc.,
    a Colorado corporation,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 6 2006

GREGORY C. LANGHAM
CLERK

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that upon the conclusion of the hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED this 6thday of November, 2006.

BY THE COURT:

_____
Edward W. Nottingham, Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendant